# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>OSCAR MATTA-BORRAYO (01)<br><br>                    Defendant. | Case No. 16CR1527-AJB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
__    a jury has been waived, and the Court has found the defendant not guilty; or

__    the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

   8:1326(a), (b) - Removed Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 12/5/2016

Hon. Anthony J. Battaglia
United States District Judge